# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

MICHAEL MARKS

ELECTRONIC CRIMINAL COMPLAINT
(Redacted)

CASE NUMBER: 14-04395MJ-001-PCT-MEA

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

Between about February 2011 to December 2014, the defendant, MICHAEL MARKS, in Coconino County and on the Navajo Indian Reservation (Indian Country) and elsewhere, in the District of Arizona and elsewhere, with the intent to injure, harass, and to place under surveillance with the intent to harass, intimidate, and cause substantial emotional distress, did use an interactive computer service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be excepted to cause, substantial emotional distress, to M.C., and placed her in reasonable fear of death and serious bodily injury, in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b)(5).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT INCORPORATE HEREIN.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

REVIEWED BY: /s AUSA Paul V. Stearns

__X__ Pursuant to 28 U.S.C. §1746(2), I declare
that the foregoing is true and correct.

Richard A. Sutherland, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature                                          12/22/14
                                                                  Date

__X__ Sworn by Telephone

12-23-14 9:35 AM
Date/Time

Flagstaff, Arizona
City and State

Mark E. Aspey, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## REDACTED ELECTRONIC AFFIDAVIT

I, **Special Agent Richard A. Sutherland**, being duly sworn, state the following:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since May 25, 2009. I have been assigned to the Flagstaff Resident Agency of the FBI since June 30, 2014. I previously served as a sworn law enforcement officer for approximately thirteen years with the Onslow County Sheriff's Office in Jacksonville, NC. In this assignment, I was a criminal investigator and received extensive training in criminal investigations. I have training and experience in the enforcement of the laws of the United States. I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

2. This affidavit is based on the investigation, observations, and/or experience of your affiant, as well as the investigations, observations, and/or experiences of the other law enforcement officers and/or witnesses including those described in this affidavit. Due to the fact that this affidavit is being made to establish probable cause, your affiant has not listed each and every fact known regarding this investigation.

3. This case involves violations of 18 U.S.C. § 2261A – Stalking. As set forth below, both the victim (M.C.) and the suspect, Michael Marks ("MARKS"), live in Page,

-1-

Arizona at locations that are off of any federally recognized Indian Reservation. However, both the victim and MARKS are employed at the Navajo Generating Station near Page, Arizona. Their place of employment is on the Navajo Nation Indian Reservation (Indian Country). Both the victim and MARKS enter and exit the Navajo Indian Reservation each time that they travel to work from home, or vice versa. Some of the stalking described below occurred at the victim's place of work. Some of the incidents of stalking also involved the use of an interactive computer service and a facility or facilities of interstate and foreign commerce (i.e., on the Internet and over the World Wide Web). The incidents of stalking occurred in, or primarily in, the District of Arizona and within Coconino County. They started in about February 2011 and have continued into (at least) approximately December 2014.

4. On October 9, 2014, Sgt. Tim Lange of the Page, Arizona Police Department met with the victim, [REDACTED] (referred to hereinafter as "M.C."), and Kim Shroyer, who is an investigator with Salt River Project, which includes the Navajo Generating Station (NGS). The meeting took place at the Page Police Department.

5. Investigator Shroyer told Sgt. Lange that M.C. has been getting harassed at work and at home. Investigator Shroyer told Sgt. Lange she had already completed a time line on the incidents that began in February of 2011 and continued to the present.

6. Both M.C. and MARKS live in Page, Arizona. They do not date, and they have never been intimate. They also both work at the Navajo Generating Station. They

went to high school together at Page High School. They also attend the same church in Page, Arizona. MARKS is married. M.C. was married, but is now divorced.

7.  In 2011, M.C. began working at the NGS. At that time, MARKS was already employed at the NGS. Shortly after M.C. began working at NGS, MARKS began talking to her at her desk. In November 2011, M.C. was going through a divorce. MARKS began bringing coffee and food to her desk on a daily basis. M.C. eventually asked him to stop, but MARKS continued.

8.  On or around November 15-20, 2011, M.C. went out of state for five days. When she returned home on November 20th, she found that someone had entered her property in Page, Arizona and sanded/painted a shabby picnic table that had been in her yard. The same person also climbed on her roof and serviced her swamp cooler. MARKS eventually admitted to M.C. that he had gone onto her property and done the work for her (without her permission).

9.  On November 20, 2011, at approximately 8:00 p.m., MARKS arrived at M.C.'s residence located on Oak Street in Page, Arizona. He knocked on M.C.'s door. MARKS provided M.C. with a birthday card and two free tickets to a PERA Club dinner.

10. Due to the fact MARKS was married, M.C. felt uncomfortable about him pursuing her. M.C. sent MARKS an email from work on November 21, 2011, explaining that his behavior was inappropriate and that he had overstepped his boundaries by going to her house. After she requested, MARKS initially stop pursuing M.C. However,

MARKS sent her some emails between November 21, 2011 and February 3, 2012, apparently trying to regain her trust. M.C. said she did not respond.

11. On February 3, 2012, M.C. got up for work and found a pornographic magazine on the ground next to her vehicle, which was parked at her residence.

12. On April 3, 2012, M.C. found a note on her vehicle while it was parked at her home. The note stated things like, "We're watching you, we know everything you do, locks aren't enough, locks don't get in the way of us finding you."

13. On November 6, 2012, M.C. found a dead bird beside her car. There was a triangle drawn around the bird in the dirt, the chest and the organs were pulled out, and the neck was stripped of its feathers. M.C. photographed the bird and the markings and provided these photographs to law enforcement.

14. On November 12, 2012, M.C. began receiving unsolicited emails at work from sex sites. Specifically, one of the emails that M.C. received, under an account that was set up in her name, was from the web site www.beastforums.com. When SRP IT staff researched the Google searches that MARKS had conducted from his work computer, they identified that MARKS had been researching www.beastforums.com. SRP IT staff also identified that MARKS had used Google to research "how do women masturbate," "how to make a dildo," and "rabbit vibrator" from his work computer. These queries are significant to the investigation because (as discussed further below) M.C. received emails from the [REDACTED EMAIL ADDRESS] account with the statements, "we know how

-4-

rough you pleasure yourself," "don't be anxious enjoy your time of self pleasure," and "enjoy your movies and playtime toys."

15. On February 4, 2013, M.C. began receiving emails from dating sites.

16. On September 5, 2013, M.C. received an email describing an unsolicited subscription to a website. The subscription had been set up using a profile/user name that made reference to a scheduled event that was set on her work calendar. M.C. said that only a person who had access to her work calendar would have known about the dinner. At this time, M.C. said that she became very scared.

17. On September 16, 2013, MARKS wrote M.C. a handwritten letter talking about past issues with his wife. He contacted M.C. and told her he found a nail by his tire that could have damaged his tire if he hadn't seen it. On April 16, 2014, M.C. found that one of her vehicle tires was flat. On May 3, 2014, she discovered that another tire on her vehicle was flat.

18. On August 14, 2014, M.C. found eye glasses outside her home in the same area the pornographic magazine and bird had previously been found. M.C. said MARKS wears eye glasses.

19. On September 26, 2014, at 10:24 p.m., an unknown person sent an email to M.C. from [REDACTED EMAIL ADDRESS]. This is not an email account of M.C.'s, but is an account that had been set up in her name and subsequently used to harass her. The message stated something to the effect of: "Mmmm good weekend yeah? We can't

wait until nov. we love your love noises. And your body feels so warm. Love your mouth so warm and wet. Wish you would open up to me about your true love of women and girls. We know already. Why else would you have a tv in your room. Lets get kinky together, you already like the way i look into your eyes. And the way we all work together. Like how i got mad along with you. Good stuff. Now my door stays locked. Even with you so close. Why do you change cars and locks. You always let me in still." As discussed in paragraph 23, this email originated from an internet session in Page, AZ. This email was sent using the mail service gmx.com. According to gmx.com, they have a single data center, in Lenexa, Kansas, to provide service to its US customers. This email was delivered to M.C. at her work computer on the Navajo Nation Indian Reservation near Page, Arizona. As such, this email traveled at least from the state of Arizona, to the state of Kansas, and finally to the Navajo Nation Indian Reservation in the state of Arizona.

20. On October 8, 2014, at about 0533 hours, someone sent M.C. an email again from [REDACTED EMAIL ADDRESS]. The message stated something to the effect of: "Thank you for seeing me again. I miss you waiting for me when I get there. Love and miss our morning talks. See you always listen to me. Even when I tell my 'coworkers' about things we do. So easy. Love your smell." As discussed in paragraph 23, this email originated from an internet session in Page, AZ. This email was sent using the mail service gmx.com. According to gmx.com, they have a single data center, in Lenexa, Kansas, to provide service to its US customers. This email was delivered to M.C. at her

work computer on the Navajo Nation Indian Reservation near Page, Arizona. As such, this email traveled at least from the state of Arizona, to the state of Kansas, and finally to the Navajo Nation Indian Reservation in the state of Arizona.

21. SRP Information Technology staff (IT), at the request of Investigator Shroyer, queried MARKS' work computer for Internet search terms that MARKS had been conducting. The IT staff located the following queries from MARKS' computer data that had been searched on October 8, 2014:

- What to do if aggressive dog gets in your yard.
- How to stop aggressive dog.
- How to open door with magnetic alarm.
- How do vehicle door locks work.
- Open car door with tennis ball.
- Open electric car doors.
- How to pick a car door.
- How to quiet barking dogs.
- How to disassemble an IPOD Touch.

22. On October 9, 2014, SRP Investigator Kim Shroyer located an IPOD Touch in M.C.'s yard in Page, Arizona while she was conducting a threat assessment at the residence. MARKS had previously made a query about how to disassemble an IPOD touch on October 8, 2014. He had also made queries on October 8, 2014 relating to defeating vehicle locks and breaking into vehicles, which was something mentioned in the anonymous email sent to M.C. on September 26, 2014.

23. Investigator Shroyer provided Sgt. Lange with the following information regarding the IP address that had been used to send emails from the account of [REDACTED EMAIL ADDRESS]: IP Address: 67.60.14.204; Country Code: United States; Location: Page, Arizona; ISP: Cable One.

24. On October 16, 2014, Kim Shroyer sent Sgt. Lange an email notifying him that the suspect sent M.C. another email. On October 21, 2014, Kim Shroyer sent Sgt. Lange an email notifying him that the suspect sent M.C. another email.

25. On October 23, 2014, Sgt. Lange met with City of Page I.T. supervisor Michael Bergner and showed him the IPOD Touch that was found in M.C.'s yard. Bergner examined it but came to the conclusion that it was damaged too much to obtain any information off of it.

26. On November 5, 2014, Sgt. Lange spoke to your affiant and requested assistance with this investigation. The next day, your affiant provided Sgt. Lange with information regarding subpoenas, identifying the physical location of I.P. addresses, and how to request records from an Internet Service Provider.

27. On November 7, 2014, Sgt. Lange requested the Coconino County Attorney's office issue a subpoena to Cable One in an effort to further the investigation so the suspect could be identified. Sgt. Lange also requested a subpoena be issued to 1&1 Mail & Media Inc. for connection logs because that is the company providing the gmx.com email address.

28. On November 12, 2014, at about 8:00 a.m., M.C. found some empty liquor bottles in her yard next to her vehicle. (M.C. had previously confided to MARKS in 2011 that she had battled an addiction to alcohol.) A camera set up at M.C.'s residence by SRP recorded a white pickup truck drive past the residence on November 12, 2014 at 5:52 a.m. The video showed the driver throw the liquor bottles into M.C.'s yard, but the video is not clear enough to identify the driver. M.C. is familiar with the white pickup that Michael MARKS drives, and she believes the pickup in the video is the same one MARKS drives.

29. On November 13, 2014, at approximately 5:50 a.m., a camera set up at M.C.'s residence once again documented the same white pickup drive past M.C.'s residence. Once again, M.C. found liquor bottles in her yard shortly after the pickup drove past her residence. Sgt. Lange asked M.C. if she recognized the suspect vehicle in the video. M.C. said she believes it is Michael MARKS' pickup.

30. On November 14, 2014 Sgt. Lange drove past Michael MARKS' residence located on Gunsight Street in Page, Arizona. There was a white 2005 GMC pickup parked in the driveway. The vehicle was similar in appearance to the suspect vehicle the camera recorded on November 12 and 13, 2014. The pickup had a license plate of Arizona 829TRL. It is registered to Megan Marks, with an address on Gunsight Street in Page, Arizona. Based on the investigation, it is believed that Megan Marks is Michael MARKS' wife, and that they live together on Gunsight Street in Page, Arizona.

31. On November 15, 2014, at about 6:00 p.m., Sgt. Lange reported for work and learned that M.C. found two more liquor bottles in her yard. Sgt. Lange spoke to M.C. on the phone, and she told him that she viewed the security video and saw that at 5:50 a.m. on November 15, 2014, a small gray-colored SUV drove past her residence and the driver threw bottles into her yard. M.C. told him she did not know if MARKS owned a vehicle like that or not. Sgt. Lange knew that this description matched a vehicle that he had previously seen parked in MARKS' driveway.

32. On November 15, 2014, at 11:55 p.m., Sgt. Lange drove past MARKS' residence located on Gunsight Street in Page, Arizona. The white GMC pickup that MARKS usually drives was parked in the driveway. Sgt. Lange could see that the license plate was Arizona 829TRL. Parked next to it was a gray 2014 GMC 4DSW bearing Arizona registration plate BHX9279. It was registered to Megan T. Marks and Michael R. MARKS. It is similar in appearance to the one that drove past M.C.'s residence and that M.C. had described to Sgt. Lange.

33. On November 15, 2014, Sgt. Lange applied for a search warrant to attach a GPS tracking device to MARKS' pickup. The warrant was issued by Justice of the Peace Pro Tem Kevin Anderson.

34. On November 16, 2014, Officer Sam Myers attached a GPS tracking device to the white 2005 GMC pickup, bearing Arizona registration plate 829TRL, while it was

-10-

parked in MARKS' driveway on Gunsight Street in Page, Arizona. The device was programmed to notify Sgt. Lange if the vehicle approached the vicinity of M.C.'s residence.

35. On November 16, 2014 at 05:44 a.m., Sgt. Lange received an alarm via text message from the GPS tracking device indicating the pickup was headed toward M.C.'s residence. Sgt. Lange called an officer (Officer Myers) in the area and told him the pickup was moving toward his direction.

36. On November 16, 2014, at about 5:53 am, Officer Myers told Sgt. Lange that the pickup was traveling past M.C.'s residence. He told Sgt. Lange that he video recorded the incident. Sgt. Lange instructed him to try and keep a visual eye on the pickup until it left the trailer park. Officer Myers followed the pickup until it made a left turn onto Lake Powell Boulevard. Sgt. Lange was on Lake Powell Boulevard and saw the pickup make a left turn onto Lake Powell Boulevard from Oak Street, which is the entrance to Chapman's Trailer Park. He followed the pickup to Coppermine Road, where it turned left toward the Navajo Generating Station. He paced the pickup at 50 mph in the posted 40 mph zone between the Page Public Safety building and Haul Road. As the pickup approached Haul Road, he initiated a traffic stop and confirmed that the license plate on the vehicle was Arizona registration plate 829TRL.

37. Sgt. Lange walked up to the driver side window and asked the driver for his license, registration, and insurance. The driver provided him with an Arizona driver's license, which identified him as Michael Ryan MARKS with a date of birth in 1979.

38. Sgt. Lange called M.C. and told her that MARKS had driven past her trailer. M.C. told Sgt. Lange she had seen MARKS' pickup, and recorded it, as it traveled past her trailer. He asked her to go outside and see if there was anything suspicious on the ground. She told him there was another Bailey's liquor bottle on the ground. Sgt. Lange told her not to touch it, and he told her that he would come collect the bottle.

39. On November 18, 2014, Caroline Beetz from 1&1 Mail & Media sent a response to the Grand Jury subpoena. Sgt. Lange provided the results to your affiant on December 17, 2014 for analysis. On November 19, 23, and 24, 2014, M.C. had additional incidents of MARKS driving by her residence, of the video cameras documenting MARKS' vehicles driving by her residence, and of finding empty alcohol bottles in her yard. These incidents were reported to law enforcement.

40. On December 4, 2014, Cable One responded to the Grand Jury subpoena. Sgt. Lange provided their response to your affiant for analysis on December 17, 2014.

41. On December 9, 2014, Kim Shroyer sent Sgt. Lange an email advising him that M.C. received another email from [REDACTED EMAIL ADDRESS]. The message was sent on December 5, 2014 at 1:55 p.m. The IP address that the email was sent from was 70.167.209.179. Public records show that this IP address is registered to cox.net in

Phoenix. Investigator Shroyer told Sgt. Lange that Michael MARKS was in Phoenix attending work related training at the Hilton Grand Inn Phoenix Airport from December 1 to 6, 2014, so he was in Phoenix on the day the new IP address was used. Your affiant is following investigative leads regarding the location of this IP address. No conclusive results have been obtained as of this application.

42. On December 12, 2014, Investigator Shroyer sent Sgt. Lange another email to tell him that M.C. received another email from a new email address of [REDACTED EMAIL ADDRESS], but that the email came from the original IP address in Page (67.60.14.204).

43. On December 17, 2014, your affiant met with Sgt. Lange and Investigator Shroyer. Your affiant was briefed on the facts of the investigation, to include the details described above. Your affiant was also provided with copies of investigative materials to review. Investigator Shroyer told your affiant that due to this harassment and surveillance, M.C. had changed the locks on her residence numerous times. M.C. has changed the vehicles that she drives several times. M.C. has withdrawn from several personal relationships, and she was isolating herself due to this harassment.

44. M.C. has obtained a dog to have at her residence, she has installed cameras at her residence, and she has installed magnetic door contacts at her residence. Because these items are some of the things that MARKS has searched for on the Internet, and

because MARKS has tried to find ways to defeat locks and magnetic door contacts, M.C. is in fear that MARKS has been in her home or intends to enter her home.

45. Because M.C. has received letters telling her that she is under surveillance, that changing locks and vehicles will not protect her, and describing that she got a new dog, M.C. is in fear for her safety and for the safety of her child. Moreover, based on the foregoing, MARKS' acts have caused M.C. substantial emotional distress. M.C. is working with SRP to try to find a new work location, and to be able to move out of the area, due to the emotional distress and the fear that MARKS' acts are causing her.

46. Your affiant reviewed the subpoena responses that Sgt. Lange provided to him. The responses show that the anonymous email account was set up in August of 2014, and it corroborated that the IP address 67.60.14.204 has been used to access that email account. The responses show that the IP address 67.60.14.204 is/was assigned to [REDACTED] on Grandview Street, Page, AZ for the relevant period of this investigation.

47. Your affiant checked with Investigator Shroyer and determined that no one with that name, and no one living at that address, works at SRP. Your affiant checked with Sgt. Lange and found out that the individual who lives at that residence is [REDACTED].

48. Your affiant used Google Maps to locate the address on Grandview Street, Page, Arizona and to show its proximity to MARKS' residence. Your affiant learned that MARKS' residence backs up to the property on Grandview Street, Page, AZ and that these

properties are about forty yards apart. Based on your affiant's training and experience, your affiant knows that wireless Internet signals can easily travel this distance, and that if the wireless Internet is not secured with a password, that any individual could use this Internet connection and the IP address of the Internet session would resolve back to the customer who is paying for the unsecured Internet connection.

49. Based on the foregoing, your affiant believes that there is probable to cause to support between about February 2011, and continuing to December 2014, the defendant, MICHAEL MARKS, in Coconino County and on the Navajo Indian Reservation (Indian Country) and elsewhere, in the District of Arizona and elsewhere, with the intent to injure, harass, and to place under surveillance with the intent to harass, intimidate, and cause substantial emotional distress, did use an interactive computer service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be excepted to cause, substantial emotional distress, to [REDACTED], and placed her in reasonable fear of death and serious bodily injury, in violation of Title 18, United States Code, Section 2261A(2).

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_____   12/22/14
Richard A. Sutherland             Date
Special Agent, FBI

__X__ Sworn by Telephone

Date/Time: 12-23-14 9:35 AM

_____
Mark E. Aspey
United States Magistrate Judge